IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY CARL DIXON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:04cv85-ID ) (WO) |
| DONAL CAMPBELL, *et al.*, | ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

Upon CONSIDERATION of the prior proceedings, opinions and orders entered in the above-styled cause, it is

ORDERED and ADJUDGED that judgment be and the same is hereby entered in favor of the defendants and against the plaintiff, and that the plaintiff take nothing by his said suit.

DONE this 4th day of May, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE